THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARCUS A. CHURCH,<br><br>            Plaintiff,<br><br>   v.<br><br>STATE OF WASHINGTON,<br><br>            Defendant. | CASE NO. C20-5667-JCC<br><br>ORDER |

This matter comes before the Court on the Report and Recommendation of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. No. 7). The Court, having reviewed Petitioner's 28 U.S.C. § 2254 petition, the Report and Recommendation of J. Richard Creatura, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)     The Court ADOPTS the Report and Recommendation;

(2)     Petitioner's 28 U.S.C. § 2254 habeas petition is DISMISSED without prejudice;

(3)     Petitioner is DENIED issuance of a certificate of appealability;

(4)     Petitioner's *in forma pauperis* status is REVOKED for any appeal; and

(3)     The Clerk is DIRECTED to send copies of this Order to Petitioner and to the Honorable J. Richard Creatura.

//

//

1   DATED this 4th day of November 2020.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C20-5667-JCC
PAGE - 2